JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. MORTEZAI, | Case No. CV 15-2067 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPARTMENT OF DEFENSE AND ASHTON B. CARTER, Secretary, Department of Defense, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 30th day of December, 2015.

/s/
Fernando M. Olguin
United States Magistrate Judge